UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAHAZIEL ARCE PADILLA,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 3:26-cv-00270-ART-CLB

SCREENING AND
SERVICE ORDER

Petitioner Jahaziel Arce Padilla, an immigration detainee who is challenging the lawfulness of his federal detention at the Washoe County Detention Center, have filed a counseled Petition for Habeas Corpus Relief under 28 U.S.C. § 2241, moved for a temporary restraining order, and paid his filing fee. (ECF Nos. 1 ("Petition"), 2 ("Motion").) Following a preliminary review of the Petition under the Rules Governing Section 2254 Cases,[1] the Court finds that the Petition establishes a *prima facie* case for relief, so it directs that it be served on the United States Attorney's Office for the District of Nevada (USAO) and sets a briefing schedule.

It is therefore kindly ordered that the Clerk of Court:

1. **ADD** the USAO to the docket as an Interested Party. Pursuant to District of Nevada's General Order 2026-03 (Feb. 13, 2026), this constitutes service on all federal respondents under Federal Rule of Civil Procedure 4 and 28 U.S.C. § 2243.

2. **MAIL** a copy of the Petition (ECF No. 1), Motion (ECF No. 2), and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure

---

[1] The Court exercises its discretion to apply the rules governing 28 U.S.C. § 2254 petitions to this 28 U.S.C. § 2241 action. *See* Habeas Rule 1(b).

1

to Darin Balaam, Sheriff, Washoe County Detention Center, 911 E. Parr Blvd., Reno, NV 89512.

3. **SEND** a copy of the Petition (ECF No. 1), Motion (ECF No. 2), and this Order via a courtesy email, through CM/ECF, to Assistant District Attorney Cobi Burnett of the Washoe County District Attorney's Office at CBurnett@da.washoecounty.gov.

It is further ordered that counsel for Respondents file a notice of appearance within 3 days of the date of this Order and file and serve their answer to the Petition and their response to the Motion within 7 days of the date of this Order, unless additional time is allowed for good cause shown. Respondents must file any documents referenced or relied upon in their responsive pleading with that pleading.[2]  Petitioner will then have 5 days to file a reply to both the answer and the response.

Oral argument on the Petition and the Motion is hereby scheduled for Thursday, April 30, 2026, at 2:00 p.m. before U.S. District Judge Anne R. Traum. While the hearing will be held in a Las Vegas courtroom to be determined, counsel have leave of the Court to appear remotely and are directed to contact the deputy clerk, Katie Lynn Sutherland (katie_sutherland@nvd.uscourts.gov) to request the zoom link. Counsel appearing in person will receive notification via CM/ECF of the courtroom location once one is assigned.

It is further ordered that the parties must meet and confer regarding any requests for an extension of deadlines and stipulate to the extension if possible. Any motion for extension must certify efforts taken to meet and confer and indicate the opposing party's position regarding the extension. Any motion or

---

[2] *See Harris v. Nelson*, 394 U.S. 286, 290 (1969) (holding that "a district court, confronted by a petition for habeas corpus which establishes a *prima facie* case for relief, may use or authorize the use of suitable discovery procedures . . . reasonably fashioned to elicit facts necessary to help the court to 'dispose of the matter as law and justice require.'" (citing 28 U.S.C. § 2243)).

stipulation must comply with Federal Rule of Civil Procedure 6(b) and Local Rules IA 6-1, 6-2.

It is further ordered that Respondents shall not transfer Petitioner out of this District, unless the Court grants a motion or stipulation to modify this order.[3]

DATED THIS 16th day of April 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

---

[3] *See F.T.C. v. Dean Foods Co.,* 384 U.S. 597, 604 (1966) (noting the court may use its "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").