**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAHAZIEL ARCE PADILLA, | Case No. 3:26-cv-00270-ART-CSD |
| Petitioner, | **ORDER GRANTING** |
| v. | **Stipulation for Extension of Time for Federal Respondents to File a Response to the Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 2)** |
| MARKWAYNE MULLIN, et.al. | |
| Respondents. | |
| | **(First Request)** |

Petitioner Jahaziel Arce Padilla ("Petitioner") and Federal Respondents Markwayne Mullin, Todd Blanche, Todd Lyons, Michael Bernacke and Jason Knight ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the Petition for Writ of Habeas Corpus ("Petition"), ECF No. 1 and Motion for Temporary Restraining Order, ECF No. 2, extending the deadline from April 23, 2026, to April 27, 2026. Federal Respondents need this additional time to review records and information from the Agency pertinent to the response. Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Petition and Motion from April 23, 2026, to April 27, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 22nd day of April 2026.

| | |
|---|---|
| LAW OFFICES OF KAREN S. MONRREAL | TODD BLANCHE<br>Acting Attorney General<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
| */s/Karen S. Monrreal*<br>KAREN S. MONRREAL<br>601 S. Arlington Ave.<br>Reno, NV 89503<br>karen@monrreallaw.com<br>775.826.2380 o<br>775.826.2386 f<br>*Attorney for Petitioner-Plaintiff* | */s/ James R. Sweetin*<br>JAMES R. SWEETIN<br>Special Assistant United States Attorney |

**IT IS SO ORDERED:**

DATED THIS 23rd day of April, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2